UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-cv-21159-COOKE/DAMIAN

THE CINCINNATI INSURANCE COMPANY,
*a foreign corporation*,

    Plaintiff,

vs.

GC WORKS, INC.,
*a Florida corporation, et al.*,

    Defendant.

_____/

**ORDER ADOPTING MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION**

THIS MATTER is before me on the Report and Recommendation ("R&R") of the Honorable Melissa Damian, U.S. Magistrate Judge, ECF No. 17, regarding Plaintiff's motion for default judgment, ECF No. 9. In her R&R, Judge Damian recommends that I grant the motion for default judgment. *See* ECF No. 17 at 16 (specifying relief to be granted). The parties have not filed objections to the R&R, and the time to do so has passed.

I have reviewed Plaintiff's motion, the briefing and accompanying exhibits, Judge Damian's R&R, the record, and the relevant legal authorities. Having done so, I find Judge Damian's R&R to be clear, cogent, and compelling.

Accordingly, Judge Damian's R&R is **AFFIRMED and ADOPTED** as the Order of this Court. It is hereby **ORDERED and ADJUDGED** that the motion for default judgment is **GRANTED**.

**DONE and ORDERED** in chambers at Miami, Florida, this 14th day of March 2022.

*[signature: Marcia G. Cooke]*
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Melissa Damian, U.S. Magistrate Judge*
*Counsel of record*